## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR168 |
| vs. | ) | ORDER |
| BARRY ASHCRAFT, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Barry Ashcraft (Ashcraft) to surrender to the U.S. Marshal and remain in detention pending the disposition of this matter (Filing No. 34). The motion will be granted.

**IT IS ORDERED, upon Ashcraft's surrender to the U.S. Marshal:**

1. The June 2, 2010, Order Setting Conditions of Release of Barry Ashcraft (Filing No. 25) is hereby revoked.

2. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 1st day of July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge