# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,    )<br>                              )<br>     vs.                      )<br>                              )<br>BARRY ASHCRAFT and            )<br>JONNA STEFFEN,               )<br>                              )<br>            Defendants.       ) | 8:10CR168<br><br>ORDER |

Defendant Barry Ashcraft's Motion to Continue Hearing [43] is granted. The evidentiary hearing on all pending motions scheduled before the undersigned magistrate judge at 1:00 p.m. on August 12, 2010 **is continued to September 14, 2010 at 1:00 p.m.**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> (a) **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
> (b) **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge. Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

This being a criminal case, defendants must be present unless otherwise ordered by the court.

DATED this 3rd day of August, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge